UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN FASCIO | * | CIVIL ACTION NO. |
| VERSUS | * | JUDGE: |
| LOWE'S HOME CENTERS, INC. | * | MAGISTRATE: |

**************************************

## NOTICE OF REMOVAL

Defendant, Lowe's Home Centers, Inc. ("Lowe's"), files this Notice of Removal on the following grounds:

**1.**

A civil action was filed by Plaintiff Susan Fascio on June 18, 2012 and is now pending in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, bearing docket number 2012-13340.

**2.**

Plaintiff's suit arises out of her termination from employment with Lowe's on or about August 6, 2011 (Exhibit 1, ¶7) and her allegations that Lowe's "failed to accommodate" her, terminated her "because of her disability," and "discriminated against a 'qualified individual

1

179048

with a disability' in the context of (1) job application procedures and (2) other terms, conditions, and privileges of employment" by allegedly terminating her for "failure to climb a ladder, which was prohibited by vertigo and medications prescribed by Fascio's physician." (*Id.*, ¶¶7, 9, 12, and 19.).

3.

Plaintiff's Petition for Damages was filed on June 18, 2012, and served upon Lowe's on July 3, 2012. (See Citation of Service, attached as Exhibit 2). This Notice of Removal is timely pursuant to 28 U.S.C. § 1446.

4.

Plaintiff is a Louisiana Citizen domiciled in St. Tammany Parish. (See ¶4 of Plaintiff's Petition for Damages, attached as Exhibit 1). At the time of the filing of this suit and at all times since, including the date of this removal, Lowe's was and is a citizen of the State of North Carolina, as it was organized under the laws of North Carolina and has its principal place of business in North Carolina. (See Louisiana Secretary of State Corporations Database Record for Lowe's Home Centers, Inc., attached as Exhibit 3).

5.

Therefore, complete diversity exists between Plaintiff (Louisiana) and Defendant (North Carolina).

6.

With regard to damages, Plaintiff alleges that "[t]he actions and inactions of the Defendant was [*sic*] negligent and cause injury to the Plaintiff." (Exhibit 1, ¶23). Plaintiff states that pursuant to La. R.S. 23:303(A), she seeks "compensatory damages, back pay, benefits,

reinstatement, or if appropriate, front pay, reasonable attorney fees, and court costs including all medical and pharmaceutical expenses." (*Id.*, ¶22, 25).

**7.**

Defendant shows that, based upon Plaintiff's allegations and the remedies sought, the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. *See, e.g.*, *Dang v. M-I Holdings, L.L.C.*, 2004 WL 2004696, at *1, *4 (E.D. La. Sept. 7, 2004) (noting a jury award of $70,000 in general damages for violations of Louisiana's employment anti-discrimination statute and awarding $32,292.50 in attorney's fees); *Brooks v. S. Univ. & Agr. & Mech. Coll.*, 877 So.2d 1194, 1219, 1228 (La. Ct. App. 4th Cir. 2004) *writ denied sub nom. Brooks v. S. Univ. & Agric. & Mech. Coll.*, 888 So.2d 208 (2004) (awarding $83,200 in attorney's fees and $208,000 in compensatory damages for violations of Louisiana's employment anti-discrimination statute, formerly La. R.S. 23:1006).

**8**.

Because there is complete diversity of citizenship and the amount in in controversy exceeds the sum of $75,000.00 exclusive of interest and costs, this Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. § 1332.

**9.**

Accordingly, this matter is removable pursuant to 28 U.S.C. § 1441 and is hereby removed by Defendant.

**10**.

The venue of this removal is proper inasmuch as the United States District Court for the Eastern District of Louisiana is the district court for the district and division embracing St. Tammany Parish and the 22nd Judicial District Court.

**11.**

In accordance with 28 U.S.C. § 1446(d), Defendant has provided notice to Plaintiff, through delivery of a copy of this Notice of Removal to its counsel of record and to the Clerk of Court for the 22nd Judicial District for the Parish of St. Tammany, State of Louisiana, through filing into the record of that action this Notice of Removal.

**12.**

Pursuant to Local Rule 3.2(1), Defendant states that the only parties in this action are Plaintiff Susan Fascio and Defendant Lowe's Home Centers, Inc.

**13.**

Further, pursuant to Local Rule 3.2(2) and 28 U.S.C. §1447(b), a copy of all process, pleadings, and other orders filed in the State Court proceeding are attached hereto consisting of Plaintiff's Petition for Damages (Exhibit 1), Citation of Service (Exhibit 2), and Motion for Extension of Time to File Responsive Pleadings and unsigned Order for Extension of Time to Plead (Exhibit 4). Defendant states that as of July 31, 2012, the Order for Defendant's Motion for Extension of Time to File Responsive Pleadings has not yet been signed.

**14.**

Defendant states that as of July 31, 2012, no return on service of process has been scanned into the State Court record and is therefore not available to Defendant. *See* Local Rule 3.2(3).

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and 1446, Lowe's Home Centers, Inc. prays that further proceedings in the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, be discontinued and that this suit be removed to the United States District Court for the Eastern District of Louisiana.

RESPECTFULLY SUBMITTED,


__/s/ Eve B. Masinter_____
**BREAZEALE, SACHSE & WILSON, L.L.P.**
Eve B. Masinter (La. Bar No. 1218)
Joseph R. Hugg (La. Bar No. 31478)
LL&E Tower, Suite 1500
909 Poydras Street
New Orleans, Louisiana 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
Eve.Masinter@bswllp.com
Joseph.Hugg@bswllp.com
***Attorneys for Lowe's Home Centers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2012, I sent by U.S. Mail and email to all counsel of record listed below and electronically filed the foregoing Notice of Removal and all attachments with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

| | |
|---|---|
| Deborah L. Faust, Bar Roll No. 1868 | Mark Kuss, Bar Roll No. 1468 |
| Attorney at Law | Attorney at Law |
| P.O. Box 543 | 1356 Seminole Ave. |
| Gretna, LA 70054 | Metairie, LA 70005 |
| 700 Churchill Parkway | markdkuss@yahoo.com |
| Avondale, LA 70094 | |
| faustlaw@gmail.com | |


__/s/ Eve B. Masinter_____ _____
Eve B. Masinter

179048